**Fill in this information to identify the case:**

Debtor name: Scottish Holdings, Inc., et al.

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (If known): 18-10160 (LSS)

☒ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim* |
| 1 | Wilmington Trust Corporation, as Indenture Trustee<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-1600 | Michael H. Wass<br>Tel: (302) 636-6398<br>Fax: (302) 636-4145<br>mwass@wilmingtontrust.com | Debentures | | | | $ 61,248,313 |
| 2 | U.S. Bank National Association, as Indenture Trustee<br>Global Corporate Trust Services<br>60 Livingston Ave<br>EP-MN-WS1D<br>St. Paul, MN 55107 | Benjamin J. Krueger<br>Tel: (651) 466-5860<br>Fax: (651) 466-7401<br>benjamin.krueger@usbank.com | Debentures | | | | $ 39,816,513 |
| 3 | U.S. Bank National Association, as Indenture Trustee<br>Global Corporate Trust Services<br>60 Livingston Ave<br>EP-MN-WS1D<br>St. Paul, MN 55107 | Benjamin J. Krueger<br>Tel: (651) 466-5860<br>Fax: (651) 466-7401<br>benjamin.krueger@usbank.com | Debentures | | | | $ 25,025,241 |
| 4 | U.S. Bank National Association, as Indenture Trustee<br>Global Corporate Trust Services<br>60 Livingston Ave<br>EP-MN-WS1D<br>St. Paul, MN 55107 | Benjamin J. Krueger<br>Tel: (651) 466-5860<br>Fax: (651) 466-7401<br>benjamin.krueger@usbank.com | Debentures | | | | $ 21,977,245 |
| 5 | BNY Mellon, Corporate Trust, as Indenture Trustee<br>200 Ashford Center North<br>Suite 550<br>Atlanta, GA 30338 | Lee Ann Willis<br>Tel: (770) 698-5131<br>Fax: (770) 698-5195<br>Lee.Ann.Willis@bnymellon.com | Debentures | | | | $ 12,506,585 |
| 6 | Security Life of Denver Insurance Company<br>5780 Powers Ferry Road NW<br>Atlanta GA 30327-4390 | David Ewing<br>Tel: (612) 342-3769<br>david.ewing@voya.com | Trade | Unliquidated<br>Disputed | | | $ 5,937,251 |
| 7 | | | | | | | |
| 8 | | | | | | | |

\* Figures for rows 1-5 include principal and accrued interest through December 31, 2017.

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  <u>Scottish Holdings, Inc., et al.</u>          Case number (*if known*) <u>18-10160 (LSS)</u>
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2