**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Scottish Holdings, Inc., *et al.,* | : | Case No.18-10160 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Wilmington Trust Corporation as Indenture Trustee**, Attn: Rita Marie Ritrovato & Steven Cimalore, 1100 N Market St. Wilmington, DE 19890, Phone: (302) 636 5137; Fax: (302) 636-4140

2. **Hildene Opportunities Master Fund, Ltd.**, Attn: Jennifer Nam, 700 Canal St., Ste. 12C, Stamford, CT 06902, Phone: (203) 517-2555, Fax: (203) 517-2548

3. **Security Life of Denver Insurance Co.** Attn: John Longwell, Esq., 901 K St., Ste. 220, Washington, D.C. 20001, Phone: (202) 383-1772


      ANDREW R. VARA
      Acting United States Trustee, Region 3


      /s/ *Timothy Fox* for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: February 20, 2018

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Gregory Werkheiser, Esq., Phone: (302) 658-9200, Fax: (302) 452-4663