**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SCOTTISH HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10160 (LSS)<br><br>Jointly Administered<br><br>Hearing Date: February 27, 2018 at 11:00 am<br>Related Docket Nos. 27, 29, 35, 37, 48, 49, 50, 51, 55, and 56 |

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN CERTAIN OBJECTIONS FILED BY WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE, HILDENE OPPORTUNITIES MASTER FUND, LTD. AND HILDENE OPPORTUNITIES MASTER FUND II, LTD**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtor-in-possession (the "Debtors"), by and through its proposed undersigned counsel, hereby joins (this "Joinder") in each of the objections (collectively, the "Objections") filed by Wilmington Trust Company, as Indenture Trustee (D.I. 48 and 49) or Hildene Opportunities Master Fund, Ltd. and Hildene Opportunities Master Fund II, Ltd. (D.I. 50, 51, 55 and 56) in response to the (i) *Motion Of The Debtors For Entry Of An Order (A) Approving Bidding Procedures In Connection With An Auction For Plan Sponsorship; (B) Approving Certain Stalking Horse Protections; And (C) Authorizing And Scheduling A Date And Time For An Auction Pursuant To Such Procedures* (D.I. 27) (the "Bidding Procedures Motion"); (ii) *Debtors' Motion For: (A) Order Authorizing Debtors' Assumption Of Restructuring Implementation Agreement And Granting Related Relief; And (B) Order*

---

[1] The Debtors, along with the last four digits of their federal tax identification numbers, are as follows: Scottish Holdings, Inc. (4408) and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (3285). The Debtors' mailing address for purposes of these chapter 11 cases is 14120 Ballantyne Corporate Place, Suite 300, Charlotte, NC 28277.

#47588598 v2

-2-

*Authorizing Debtors' Assumption Of Plan Sponsorship Agreement And Granting Related Relief* (D.I. 29) (the "RIA/PSA Assumption Motion"); (iii) *Application for Entry of an Order Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 And 2016, and Local Rules 2014-1 and 2016-2(h) Authorizing Retention and Employment of Keefe, Bruyette & Woods, Inc. as Debtors Investment Banker Nunc Pro Tunc to the Petition Date* (D.I. 35) (the "KBW Retention Application"); and (iv) *Debtors' Motion for Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Permit Scottish re (U.S.), Inc., to Settle Prepetition Reinsurance Obligations; (II) Authorizing Scottish Annuity & Life Insurance Company (Cayman) LTD. to Pay Prepetition Reinsurance Obligations Pursuant to 11 U.S.C. § 363 and (III) Granting Related Relief* (D.I. 37) (the "SRUS Payment Motion" and collectively with the Bidding Procedures Motion, RIA/PSA Assumption Motion and KBW Retention Application, the "Motions").  The Committee further states as follows:

1.	On February 20, 2018, the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  The Committee consists of three members: Wilmington Trust Company, as Indenture Trustee, Hildene Opportunities Master Fund, Ltd., and Security Life of Denver Insurance Co.

2.	On February 20, 2018, the Committee selected Pepper Hamilton LLP to serve as counsel to the Committee pursuant to Bankruptcy Code section 1103(a).  On February 21, 2018, the Committee selected Alvarez & Marsal to serve as financial advisors to the Committee.

3.	In the short time since its formation, the Committee and its professionals have worked expeditiously to develop an understanding of and begin to address the myriad complex issues in these cases.  Those efforts have included an in-person meeting with the Debtors, and engaging the Debtors' counsel in discussions with respect to the relief requested in the Motions

and the important concerns raised in the Objections thereto.  The Committee anticipates that those discussions will continue, and is hopeful that that certain of the disputes can be narrowed or resolved prior to the February 27 hearing.  However, this Joinder is filed in the event that issues raised in the Objections remain unresolved at the time of the hearing.

4.     In an effort to conserve resources of these estates, the Committee files this Joinder adopting and incorporating the Objections as if set forth herein.  However, the Committee reserves the right to supplement this Joinder through additional filings, arguments and evidence, either prior to or on the record at the hearing on the Motions.

| | |
|---|---|
| Dated:  February 23, 2018 | Respectfully submitted, |
| | PEPPER HAMILTON LLP |
| | By: */s/ John H. Schanne II*<br>David M. Fournier (DE No. 2812)<br>John H. Schanne II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>fournierd@pepperlaw.com<br>schannej@pepperlaw.com |
| | -and- |
| | PEPPER HAMILTON LLP<br>H. Peter Haveles, Jr.<br>37th Floor<br>620 Eighth Avenue<br>New York, NY  10018-1405<br>Phone:  (212) 808-2700<br>Facsimile:  (212) 286-9806<br>havelesp@pepperlaw.com |
| | *Proposed Counsel to the Official Committee of Unsecured Creditors* |