**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| **SCOTTISH HOLDINGS, INC.**, *et al.*, | Case No. 18-10160 (LSS) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 4, 2018 AT 10:00 A.M. (ET)**

**ADJOURNED MATTERS**

1.  [Proposed] Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc. and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 214, Filed 4/18/18).

    Objection Deadline: May 16, 2018 at 4:00 p.m. (ET). Extended to May 31, 2018 at 12:00 p.m. (ET), solely for the following: the Official Committee of Unsecured Creditors (the "Committee"); each member of the Committee; and U.S. Bank, National Association.

    Responses Received:

    a)   Informal Comments from the Joint Liquidators for Scottish Re Group Limited;

    b)   Informal Comments from the Delaware Department of Insurance;

    c)   Informal Comments from the U.S. Bank, National Association; and

    d)   Informal Comments from the United States Trustee.

    Related Filings:

    a)   Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc. and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 213, Filed 4/18/18);

    b)   Notice of Objection Deadline and Hearing Regarding Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc. and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 215, Filed 4/18/18);

---

[1]   The Debtors, along with the last four digits of their federal tax identification numbers, are as follows: Scottish Holdings, Inc. (4408) and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (3285). The Debtors' mailing address for purposes of these chapter 11 cases is 14120 Ballantyne Corporate Place, Suite 300, Charlotte, NC 28277.

[2]   **Amended items appear in bold.**

11931702.4

c) Agreed Order With Respect to Emergency Motion of Official Committee of Unsecured Creditors to (I) Continue Hearing on Disclosure Statement Motion and Approval of Stalking Horse Transaction, (II) Extend Response Deadline, (III) Extend Bid Deadline and (IV) Continue Auction (D.I. 263, Entered 5/16/18);

d) Notice of Rescheduled Bid Deadline, Auction, and Hearing to Approve Winning Bidder (D.I. 271, Filed 5/17/18);

e) Notice of Rescheduled Hearing Regarding Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc. and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 272, Filed 5/17/18); and

f) Notice of Extended Objection Deadline for Certain Parties Regarding Approval of Disclosure Statement and Solicitation Procedures (D.I. 295, Filed 5/25/18).

Status: The hearing on this matter has been adjourned to June 22, 2018 at 10:00 a.m. (ET).

2. Debtors' Motion for Order: (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing and Related Deadlines; (III) Establishing Procedures for Solicitation, Temporary Allowance of Claims and Vote Tabulation; (IV) Approving Form of Ballots; (V) Approving Form, Manner and Sufficiency of Notice of Confirmation Hearing and Related Deadlines; and (VI) Granting Related Relief (D.I. 242, Filed 5/4/18).

Objection Deadline: May 16, 2018 at 4:00 p.m. (ET). Extended to May 31, 2018 at 12:00 p.m. (ET), solely for the following: the Official Committee of Unsecured Creditors (the "Committee"); each member of the Committee; and U.S. Bank, National Association.

Responses Received:

a) Informal Comments from the U.S. Bank, National Association.

Related Filings:

a) Agreed Order With Respect to Emergency Motion of Official Committee of Unsecured Creditors to (I) Continue Hearing on Disclosure Statement Motion and Approval of Stalking Horse Transaction, (II) Extend Response Deadline, (III) Extend Bid Deadline and (IV) Continue Auction (D.I. 263, Entered 5/16/18);

b) Notice of Rescheduled Bid Deadline, Auction, and Hearing to Approve Winning Bidder (D.I. 271, Filed 5/17/18);

c) Notice of Rescheduled Hearing Regarding Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc. and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 272, Filed 5/17/18); and

d) Notice of Extended Objection Deadline for Certain Parties Regarding Approval of Disclosure Statement and Solicitation Procedures (D.I. 295, Filed 5/25/18).

Status:  The hearing on this matter has been adjourned to June 22, 2018 at 10:00 a.m. (ET).

**MATTER GOING FORWARD**

3.  Motion Of The Debtors For Entry Of An Order (A) Approving Bidding Procedures In Connection With An Auction For Plan Sponsorship; (B) Approving Certain Stalking Horse Protections; And (C) Authorizing And Scheduling A Date And Time For An Auction Pursuant To Such Procedures (D.I. 27, Filed 1/31/18).

    Objection Deadline: N/A

    Responses Received:  None.

    Related Filings:

    a)  Order (A) Approving Bidding Procedures In Connection With An Auction For Plan Sponsorship Or Other Alternative Transaction; (B) Approving Certain Stalking Horse Protections; And (C) Authorizing And Scheduling A Date And Time For An Auction Pursuant To Such Procedures (D.I. 119, Entered 2/28/18);

    b)  Notice of Auction for Plan Sponsorship or Other Alternative Transaction (D.I. 120, Filed 3/1/18);

    c)  Agreed Order With Respect to Emergency Motion of Official Committee of Unsecured Creditors to (I) Continue Hearing on Disclosure Statement Motion and Approval of Stalking Horse Transaction, (II) Extend Response Deadline, (III) Extend Bid Deadline and (IV) Continue Auction (D.I. 263, Entered 5/16/18);

    d)  Notice of (I) Completion of Auction and Selection of Winning Bidder and Backup Bidder and (II) Filing of Proposed Winning Bidder Order (D.I. 312, Filed 5/31/18); **and**

    e)  **Notice of Filing of Corrected Exhibit A to Notice of (I) Completion of Auction And Selection of Winning Bidder and Backup Bidder and (II) Filing of Proposed Winning Bidder Order (D.I. 317, Filed 6/1/18).**

    Status:  **The Debtors and Hildene Re Holdings, LLC ("Hildene"), are still finalizing certain documentation relating to its Winning Bid.  Accordingly, the Debtors intend to proceed with this matter to the extent of making the record in support of Winning Bidder Order but will defer actual submission of the Winning Bidder Order until the principal transaction documents for Hildene's Winning Bid have been finalized and signed by the parties.**

| | |
|---|---|
| Dated: June 4, 2018<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>   */s/ Gregory W. Werkheiser*   <br>Eric D. Schwartz (No. 3134)<br>Gregory W. Werkheiser (No. 3553)<br>Matthew B. Harvey (No. 5186)<br>Paige N. Topper (No. 6470)<br>1201 N. Market St., 16th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>eschwartz@mnat.com<br>gwerkheiser@mnat.com<br>mharvey@mnat.com<br>ptopper@mnat.com<br><br>- and -<br><br>Peter Ivanick<br>Lynn W. Holbert<br>John D. Beck<br>**HOGAN LOVELLS US LLP**<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>peter.ivanick@hoganlovells.com<br>lynn.holbert@hoganlovells.com<br>john.beck@hoganlovells.com<br><br>*Counsel for Debtors and Debtors in Possession* |

11931702.4