**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re<br><br>**SCOTTISH HOLDINGS, INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10160 (LSS)<br><br>Jointly Administered |
|---|---|

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 28, 2018 AT 10:00 A.M. (ET)**

**RESOLVED MATTER**

1. Debtors' Motion for Entry of an Order Pursuant to Section 365(d)(4)(B)(i) of the Bankruptcy Code Extending the Time by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 282, Filed 5/21/18).

   Objection Deadline: June 4, 2018 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Filings:

   a) Certification of Counsel Regarding Order Pursuant to Section 365(d)(4)(B)(i) of the Bankruptcy Code Extending the Time by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 329, Filed 6/5/18); and

   b) Order Pursuant to Section 365(d)(4)(B)(i) of the Bankruptcy Code Extending the Time by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 330, Filed 6/6/18).

   Status: An order has been entered regarding this matter. No hearing is necessary.

2. Debtors' Motion for Entry of an Order Pursuant To 11 U.S.C. § 1121(d) Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 293, Filed 5/25/18).

   Objection Deadline: June 8, 2018 at 4:00 p.m. (ET).

   Responses Received: None.

---

[1] The Debtors, along with the last four digits of their federal tax identification numbers, are as follows: Scottish Holdings, Inc. (4408) and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (3285). The Debtors' mailing address for purposes of these chapter 11 cases is 14120 Ballantyne Corporate Place, Suite 300, Charlotte, NC 28277.

Related Filings:

a)  Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant To 11 U.S.C. § 1121(d) Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 351, Filed 6/13/18); and

b)  Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Exclusive Periods During Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 355, Entered 3/15/18).

Status: An order has been entered regarding this matter. No hearing is necessary.

**CONTESTED MATTERS GOING FORWARD**

3.  [Proposed] Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc. and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 214, Filed 4/18/18) (the "Disclosure Statement").

    Objection Deadline: May 16, 2018 at 4:00 p.m. (ET). Extended to June 25, 2018 at 4:00 p.m. (ET). Further extended to June 26, 2018 at 4:00 p.m. (ET) for U.S. Bank, National Association, as Trustee, solely with respect to matters relating to its rights and duties as Trustee.

    Responses Received:

    a)  Informal Comments from the Joint Liquidators for Scottish Re Group Limited;

    b)  Informal Comments from the Delaware Department of Insurance;

    c)  Informal Comments from the U.S. Bank, National Association, as Trustee;

    d)  Informal Comments from the United States Trustee;

    e)  Informal Comments from the Official Committee of Unsecured Creditors;

    f)  Informal Comments from the Wilmington Trust Company, as Trustee; and

    g)  Reservation of Rights of the Official Committee Of Unsecured Creditors Regarding the Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc., and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 373, Filed 6/25/2018).

    Related Filings:

    a)  Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc. and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 213, Filed 4/18/18);

    b)  Notice of Objection Deadline and Hearing Regarding Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc.

and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 215, Filed 4/18/18);

c) Agreed Order With Respect to Emergency Motion of Official Committee of Unsecured Creditors to (I) Continue Hearing on Disclosure Statement Motion and Approval of Stalking Horse Transaction, (II) Extend Response Deadline, (III) Extend Bid Deadline and (IV) Continue Auction (D.I. 263, Entered 5/16/18);

d) Notice of Rescheduled Bid Deadline, Auction, and Hearing to Approve Winning Bidder (D.I. 271, Filed 5/17/18);

e) Notice of Rescheduled Hearing Regarding Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc. and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 272, Filed 5/17/18);

f) Notice of Extended Objection Deadline for Certain Parties Regarding Approval of Disclosure Statement and Solicitation Procedures (D.I. 295, Filed 5/25/18);

g) Notice of Rescheduled Hearing Regarding Approval of Disclosure Statement For Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc., and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 349, Filed 6/12/18); and

h) Notice of Filing of (I) Amended [Proposed] Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan; (II) Debtors' First Amended Joint Chapter 11 Plan; and (III) Revised Proposed Disclosure Statement Order (D.I. 357, Filed 3/15/18).

Status: The hearing on this matter will go forward. Based on feedback received from the responding parties, the Debtors are making further revisions to the Disclosure Statement and the First Amended Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc. and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 357, Filed 6/15/18) (as further revised, the "Second Amended Plan"). The Debtors anticipate filing the further revised Disclosure Statement and Second Amended Plan prior to the hearing, together with redlines of each marked against the version filed on June 15, 2015 (D.I. 357). The Debtors believe the filings are likely to resolve the comments received to date.

4. Debtors' Motion for Order: (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing and Related Deadlines; (III) Establishing Procedures for Solicitation, Temporary Allowance of Claims and Vote Tabulation; (IV) Approving Form of Ballots; (V) Approving Form, Manner and Sufficiency of Notice of Confirmation Hearing and Related Deadlines; and (VI) Granting Related Relief (D.I. 242, Filed 5/4/18) (the "Solicitation Procedures Motion").

Objection Deadline: May 16, 2018 at 4:00 p.m. (ET). Extended to June 25, 2018 at 4:00 p.m. (ET). Further extended to June 26, 2018 at 4:00 p.m. (ET) solely for U.S. Bank, National Association, as Trustee.

Responses Received:

a) Informal Comments from the Joint Liquidators for Scottish Re Group Limited;

b) Informal Comments from the United States Trustee;

c) Informal Comments from the U.S. Bank, National Association, as Trustee;

d) Informal Comments from the Official Committee of Unsecured Creditors;

e) Informal Comments from the Wilmington Trust Company, as Trustee; and

f) Reservation of Rights of the Official Committee of Unsecured Creditors Regarding the Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc., and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 373, Filed 6/25/18).

Related Filings:

a) Agreed Order With Respect to Emergency Motion of Official Committee of Unsecured Creditors to (I) Continue Hearing on Disclosure Statement Motion and Approval of Stalking Horse Transaction, (II) Extend Response Deadline, (III) Extend Bid Deadline and (IV) Continue Auction (D.I. 263, Entered 5/16/18);

b) Notice of Rescheduled Bid Deadline, Auction, and Hearing to Approve Winning Bidder (D.I. 271, Filed 5/17/18);

c) Notice of Rescheduled Hearing Regarding Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc. and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 272, Filed 5/17/18);

d) Notice of Extended Objection Deadline for Certain Parties Regarding Approval of Disclosure Statement and Solicitation Procedures (D.I. 295, Filed 5/25/18);

e) Notice of Rescheduled Hearing Regarding Approval of Disclosure Statement For Joint Chapter 11 Plan of Reorganization of Scottish Holdings, Inc., and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (D.I. 349, Filed 6/12/18); and

f) Notice of Filing of (I) Amended [Proposed] Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan; (II) Debtors' First Amended Joint Chapter 11 Plan; and (III) Revised Proposed Disclosure Statement Order (D.I. 357, Filed 3/15/18).

Status: The hearing on this matter will go forward. Based on feedback received from the responding parties, the Debtors are making further revisions to the proposed order granting the Disclosure Statement Motion as modified pursuant to the Debtors' filing on June 15, 2015 (D.I. 357) (together with its exhibits, the "Proposed Disclosure Statement Order"). The Debtors anticipate filing a further revised version of the Proposed Disclosure Statement Order prior to the hearing. The Debtors believe the filing are likely to resolve the comments received to date.

**QUARTERLY FEE APPLICATIONS**

5. Quarterly Fee Applications.

Objection Deadline: N/A

Responses Received: None.

Related Pleadings: See attached "Exhibit A".

Status: The hearing on this matter will go forward.

Dated: June 26, 2018
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*

Eric D. Schwartz (No. 3134)
Gregory W. Werkheiser (No. 3553)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
1201 N. Market St., 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@mnat.com
gwerkheiser@mnat.com
mharvey@mnat.com
ptopper@mnat.com

- and -

Peter Ivanick
Lynn W. Holbert
John D. Beck
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
peter.ivanick@hoganlovells.com
lynn.holbert@hoganlovells.com
john.beck@hoganlovells.com

*Counsel for Debtors and Debtors in Possession*