IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>**SCOTTISH HOLDINGS, INC.**, *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No. 18-10160 (LSS)<br>Jointly Administered |

## SECOND AMENDED SCHEDULE OF ASSETS AND LIABILITIES FOR SCOTTISH ANNUITY & LIFE INSURANCE COMPANY (CAYMAN LTD.) CASE NO. 18-10161 (LSS)

---

[1] The Debtors, along with the last four digits of their federal tax identification numbers, are as follows: Scottish Holdings, Inc. (4408) and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (3285). The Debtors' mailing address for purposes of these chapter 11 cases is 14120 Ballantyne Corporate Place, Suite 300, Charlotte, NC 28277.

11748860.1

**Fill in this information to identify the case and this filing:**

Debtor Name __Scottish Annuity & Life Insurance Company (Cayman) Ltd.__

United States Bankruptcy Court for the: _____   District of __DE__
(State)

Case number (*If known*): __18-10161__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* __E/F__
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/31/18__          ✗ */s/ Thomas J. Keller*
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   Thomas J. Keller
                                   Printed name

                                   Chief Financial Officer
                                   Position or relationship to debtor

---

Official Form 202             **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: Scottish Annuity & Life Insurance Company (Cayman) Ltd.

United States Bankruptcy Court for the: _____ District of DE (State)

Case number (If known): 18-10161

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1: Summary of Assets

1. Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.......................................................... $ 0

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B........................................................ $ 1,815,554,202

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B........................................................... $ 1,815,554,202

### Part 2: Summary of Liabilities

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............ $ 0

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.................... $ _____

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.... + $ 166,501,628.33

4. **Total liabilities**................................................................................. $ 166,501,628.33
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor: Scottish Annuity & Life Insurance Company (Cayman) Ltd.

United States Bankruptcy Court for the: _____ District of DE
(State)

Case number (If known): 18-10161

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____   $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____   $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____   $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor: Scottish Annuity & Life Insurance Company (Cayman) Ltd.
Case number (if known): 18-10161

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** ADDED Nonpriority creditor's name and mailing address
Michael Baumstein
2210 Sutton Springs Road
Charlotte, NC 28228

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Director Claims

Is the claim subject to offset?
☒ No
☐ Yes

$ Unliquidated

Date or dates debt was incurred: ___
Last 4 digits of account number: ___

**3.2** ADDED Nonpriority creditor's name and mailing address
Jonathan Bloomer
Court Lodge, Main Road, Knockholt, Seven Oaks
Kent, England TN14 7LR  United Kingdom

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Director Claims

Is the claim subject to offset?
☒ No
☐ Yes

$ Unliquidated

Date or dates debt was incurred: ___
Last 4 digits of account number: ___

**3.3** Nonpriority creditor's name and mailing address
BNY Mellon as Indenture Trustee of GPIC Holdings Inc. Statutory Trust
BNY Mellon Corporate Trust, Insurance Trust Unit
101 Barclay Street, 7E Floor, New York, NY 10286

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debentures

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,864,761

Date or dates debt was incurred: 11/14/2003
Last 4 digits of account number: ___

**3.4** Nonpriority creditor's name and mailing address
BNY Mellon as Institutional Trustee of GPIC Holdings Inc. Statutory Trust
BNY Mellon Corporate Trust, Insurance Trust Unit
101 Barclay Street, 7E Floor, New York, NY 10286

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 0

Date or dates debt was incurred: 11/14/2003
Last 4 digits of account number: ___

**3.5** Nonpriority creditor's name and mailing address
BNY Mellon
BNY Mellon Corporate Trust, Insurance Trust Unit
101 Barclay Street, 7E Floor, New York, NY 10286

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Bank Fees

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,040.38

Date or dates debt was incurred: 1/18/2003
Last 4 digits of account number: ___

**3.6** Nonpriority creditor's name and mailing address
Business Wire
PO Box 45348
San Francisco, CA 94105-0348

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,890

Date or dates debt was incurred: 1/28/2018
Last 4 digits of account number: ___

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 8

Debtor: Scottish Annuity & Life Insurance Company (Cayman) Ltd.
Case number (if known): 18-10161

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.7** Nonpriority creditor's name and mailing address:
Highmark Life Insurance Co.
PO Box 535061
Pittsburgh, PA 15235-5061

Date or dates debt was incurred: 1/18/2018
Last 4 digits of account number: ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trust True Up

Is the claim subject to offset?
☐ No
■ Yes

Amount of claim: $150,283.60

---

**3.8** Nonpriority creditor's name and mailing address:
HSCM Bermuda Fund Ltd.
c/o Hudson Structured Capital Management Ltd.
Attn: Lee S. Attanasio, Sidley Austin LLP, 787 Seventh Ave., New York, NY 10019

Date or dates debt was incurred: 1/04/2018
Last 4 digits of account number: ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Expense Reimbursement

Is the claim subject to offset?
☐ No
■ Yes

Amount of claim: $100,000

---

**3.9** Nonpriority creditor's name and mailing address:
Investors Heritage Insurance Company
200 Capital Ave., PO Box 717
Frankfort, KY 40602

Date or dates debt was incurred: 1/18/2018
Last 4 digits of account number: ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trust True Up

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim: $37,469.60

---

**3.10** Nonpriority creditor's name and mailing address:
ITAR, LLC
517 E. Tremont Ave.
Charlotte, NC 28203

Date or dates debt was incurred: Various
Last 4 digits of account number: ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: IT Audit and Compliance Consulting Services

Is the claim subject to offset?
■ No
☐ Yes

Amount of claim: $17,106.25

---

**3.11** Nonpriority creditor's name and mailing address:
Lincoln National Life Insurance Company
1300 S. Clinton Street 5C00
Fort Wayne, IN 46802

Date or dates debt was incurred: 
Last 4 digits of account number: ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Treaty Settlement

Is the claim subject to offset?
■ No
☐ Yes

Amount of claim: $26,535.00

---

Debtor  Scottish Annuity & Life Insurance Company (Cayman) Ltd.  Case number (if known) 18-10161
         Name

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address

Marsh Management Services
PO Box 1051, Governors Square, Building 4, 2nd Floor
23 Lime Street
Bay Avenue, Grand Cayman KY1-1102, Cayman Islands

As of the petition filing date, the claim is: $6,687.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Management Services

Date or dates debt was incurred: 1/18/2008
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address

Removed

As of the petition filing date, the claim is: $
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred:
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.14** ADDED Nonpriority creditor's name and mailing address

Daniel Roth

2003 Dilworth Road East

Charlotte, NC 28203

As of the petition filing date, the claim is: $ Unliquidated
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Director Claims

Date or dates debt was incurred:
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

Scottish Financial (Luxembourg) S.a r.l.

c/o SGG S.A. 412 F, Route d'Esch

L-1030 Luxembourg Grand Duchy of Luxembourg

As of the petition filing date, the claim is: $ 0
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Floating Rate Junior Subordinated Deferrable Interest Debenture of SRD

Date or dates debt was incurred: 12/15/2004
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

Scottish Re (U.S.), Inc.

14120 Ballantyne Corporate Place, Ste 300

Charlotte, NC 28277

As of the petition filing date, the claim is: $ 992,391
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SRUS Net Reinsurance Obligation After Offset

Date or dates debt was incurred: 2/4/2017
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 4 of 8

Debtor: Scottish Annuity & Life Insurance Company (Cayman) Ltd.
Case number (if known): 18-10161

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.17** Nonpriority creditor's name and mailing address
U.S. Bank National Association as Institutional Trustee of Scottish Holdings Statutory Trust I
Global Corporate Trust Services
60 Livingston Ave, EP-MN-WS1D, St. Paul, MN 55107
Date or dates debt was incurred: 12/4/2002
Last 4 digits of account number: ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed
Basis for the claim: Debentures
Is the claim subject to offset?
■ No
☐ Yes

Amount of claim: $22,601,936

**3.18** Nonpriority creditor's name and mailing address
U.S. Bank National Association as Indenture Trustee of Scottish Holdings Statutory Trust II
Global Corporate Trust Services
60 Livingston Ave, EP-MN-WS1D, St. Paul, MN 55107
Date or dates debt was incurred: 12/4/2002
Last 4 digits of account number: ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _____
Is the claim subject to offset?
■ No
☐ Yes

Amount of claim: $0

**3.19** Nonpriority creditor's name and mailing address
U.S. Bank National Association as Institutional Trustee of Scottish Holdings Statutory Trust II
Global Corporate Trust Services
60 Livingston Ave, EP-MN-WS1D, St. Paul, MN 55107
Date or dates debt was incurred: 10/29/2003
Last 4 digits of account number: ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Debentures
Is the claim subject to offset?
■ No
☐ Yes

Amount of claim: $25,736,000

**3.20** Nonpriority creditor's name and mailing address
U.S. Bank National Association as Indenture Trustee of Scottish Holdings Statutory Trust III
Global Corporate Trust Services
60 Livingston Ave, EP-MN-WS1D, St. Paul, MN 55107
Date or dates debt was incurred: 10/29/2003
Last 4 digits of account number: ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _____
Is the claim subject to offset?
■ No
☐ Yes

Amount of claim: $0

**3.21** Nonpriority creditor's name and mailing address
U.S. Bank National Association as Institutional Trustee of Scottish Holdings Statutory Trust III
Global Corporate Trust Services
60 Livingston Ave, EP-MN-WS1D, St. Paul, MN 55107
Date or dates debt was incurred: 5/12/2004
Last 4 digits of account number: ___ ___ ___ ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Debentures
Is the claim subject to offset?
■ No
☐ Yes

Amount of claim: $40,941,627

Debtor  Scottish Annuity & Life Insurance Company (Cayman) Ltd.   Case number (if known)  18-10161
Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.22** Nonpriority creditor's name and mailing address

U.S. Bank National Association as Institutional Trustee of Scottish Holdings Statutory Trust III
Global Corporate Trust Services
60 Livingston Ave, EP-MN-WS1D, St. Paul, MN 55107

Date or dates debt was incurred  5/12/2004
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $ 0

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No.
☐ Yes.

**3.23** Nonpriority creditor's name and mailing address

Michael Vild
102 Van Dam Street
Saratoga Springs, NY 12886

Date or dates debt was incurred  1/25/18
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $ 500

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Board Meeting Fee

Is the claim subject to offset?
☒ No.
☐ Yes.

**3.24** Nonpriority creditor's name and mailing address

Wilmington Trust Corporation as Institutional Trustee of SFL Statutory Trust I
1100 North Market Street
Wilmington, DE 19890-1600

Date or dates debt was incurred  12/15/2004
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $ 63,014,401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debentures

Is the claim subject to offset?
☒ No.
☐ Yes.

**3.25** Nonpriority creditor's name and mailing address

Wilmington Trust Corporation as Institutional Trustee of SFL Statutory Trust I
1100 North Market Street
Wilmington, DE 19890-1600

Date or dates debt was incurred  12/15/2004
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $ 0

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No.
☐ Yes.

**3.__** Nonpriority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $ _____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No.
☐ Yes.

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 6 of 8

Debtor: Scottish Annuity & Life Insurance Company (Cayman) Ltd.
Case number (if known): 18-10161

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Lee S. Attanasio<br>Sidley Austin LLP<br>787 Seventh Ave., New York, NY 10019 | Line 3.8<br>☐ Not listed. Explain | |
| 4.2. | Colin M Bernardino<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street NE, Suite 2800, Atlanta, GA 30309 | Line 3.24<br>☐ Not listed. Explain | |
| 4.3. | BNY Mellon, Corporate Trust as Indenture Trustee<br>BNY Mellon Corporate Trust, Insurance Trust Unit<br>101 Barclay Street, 7E Floor NY, NY 10286 | Line 3.17, 3.19, 3.21<br>☐ Not listed. Explain | |
| 4.4. | Kimberly S. Cohen<br>Shipman & Goodwin LLP<br>One Constitution Plaza Hartford, CT 06103 | Line 3.17, 3.19, 3.21<br>☐ Not listed. Explain | |
| 41. | Hildene Capital Management, LLC<br>700 Canal Street, Second Floor, Ste 12C<br>Stamford, CT 06902 | Line 3.21<br>☐ Not listed. Explain | |
| 4.5. | Kathleen M. LaManna<br>Shipman & Goodwin LLP<br>One Constitution Plaza Hartford, CT 06103 | Line 3.17, 3.19, 3.21<br>☐ Not listed. Explain | |
| 4.6. | Robert W. Mallard<br>Dorsey & Whitney (Delaware) LLP<br>300 Delaware Avenue, Suite 1010, Wilmington, DE 19801 | Line 3.17, 3.19, 3.21<br>☐ Not listed. Explain | |
| 4.7. | R. Stephen McNeill<br>Potter Anderson & Corroon LLP<br>1313 N. Market St., PO Box 651, Wilmington, DE 19899 | Line 3.21<br>☐ Not listed. Explain | |
| 4.8. | Todd C. Meyers<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street NE, Suite 2800, Atlanta, GA 30309 | Line 3.24<br>☐ Not listed. Explain | |
| 4.9. | Eric J. Monzo<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500, PO Box 2306, Wilmington, DE 19899-2306 | Line 3.24<br>☐ Not listed. Explain | |
| 4.10. | | Line ____<br>☐ Not listed. Explain | |
| 4.11. | | Line ____<br>☐ Not listed. Explain | |

Debtor: Scottish Annuity & Life Insurance Company (Cayman) Ltd.

Case number (if known): 18-10161

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0 |
| 5b. Total claims from Part 2 | 5b. + | $ 166,501,628.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 166,501,628.33 |