IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**SCOTTISH HOLDINGS, INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10160 (LSS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 18, 2018 AT 10:00 A.M. (ET)**

**RESOLVED/WITHDRAWN MATTERS**

1. Final Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Audit Services Provider for the Debtors and Debtors-In-Possession for the Period January 28, 2018 to the Plan Effective Date (D.I. 560, Filed 10/31/18).

   Objection Deadline: November 21, 2018 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Filings:

   a) Order Granting Final Application Of Ernst & Young LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Audit Services Provider For The Debtors And Debtors-In-Possession for the period January 28, 2018 to the Plan Effective Date (D.I. 597, Entered 12/3/18).

   Status:  An order has been entered regarding this matter.  No hearing is necessary.

2. Motion of HSCM Bermuda Fund Ltd. to (I) Enforce Stalking Horse Protections, (II) Direct Debtors to Pay Amounts Due to HSCM Bermuda Fund Ltd. as Expense Reimbursement Amount Under Stalking Horse Stock Purchase Agreement, and (III) Granting Related Relief (D.I. 591, Filed 11/27/18).

   Objection Deadline: December 11, 2018 at 4:00 p.m. (ET).

   Responses Received:

   Related Filings:

---

[1] The Debtors, along with the last four digits of their federal tax identification numbers, are as follows: Scottish Holdings, Inc. (4408) and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (3285).  The Debtors' mailing address for purposes of these chapter 11 cases is 14120 Ballantyne Corporate Place, Suite 300, Charlotte, NC 28277.

    a)    Notice of Withdrawal of Motion of HSCM Bermuda Fund Ltd. to (I) Enforce Stalking Horse Protections, (II) Direct Debtors to Pay Amounts Due to HSCM Bermuda Fund Ltd. as Expense Reimbursement Amount Under Stalking Horse Stock Purchase Agreement, and (III) Granting Related Relief (D.I. 606, Filed 12/10/18).

Status: This matter has been withdrawn without prejudice.

## UNCONTESTED MATTER GOING FORWARD

3.    Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019 (I) Authorizing Scottish Annuity and Life Insurance Company (Cayman) Ltd. to Enter into and Perform Under Recapture Agreement with Investors Heritage Life Insurance Company Effective as of November 30, 2018, and (II) Granting Related Relief (D.I. 593, Filed 11/29/18).

Objection Deadline: December 11, 2018 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors (the "Committee") pending resolution of its information request.

Responses Received:

    a)    Informal Information Request from the Committee; and

    b)    Informal Information Request from Max Mailliet, as insolvency receiver for Scottish Financial (Luxembourg) S.á r.l. ("SFL").

Related Filings:

    a)    Debtors' Motion for Entry of an Order Shortening Notice of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019 (I) Authorizing Scottish Annuity and Life Insurance Company (Cayman) Ltd. to Enter into and Perform Under Recapture Agreement with Investors Heritage Life Insurance Company Effective as of November 30, 2018, and (II) Granting Related Relief (D.I. 595, Filed 11/30/18); and

    b)    Order Granting Debtors' Motion for Entry of an Order Shortening Notice of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019 (I) Authorizing Scottish Annuity and Life Insurance Company (Cayman) Ltd. to Enter into and Perform Under Recapture Agreement with Investors Heritage Life Insurance Company Effective as of November 30, 2018, and (II) Granting Related Relief (D.I. 598, Entered 12/3/18).

Status: The Debtors have addressed the information request of SFL's receiver and are in the process of addressing the Committee's information request. The Debtors expect this matter to go forward on an uncontested basis.

## QUARTERLY FEE APPLICATIONS

4.    Quarterly Fee Applications.

Objection Deadline: N/A

Responses Received: None.

Related Pleadings: See attached "Exhibit A".

Status: The hearing on this matter will go forward.

**STATUS CONFERENCE**

5.  Case Status Conference

    Objection Deadline: N/A

    Responses Received: N/A

    Related Pleadings: N.A

    Status: The Debtors intend to apprise the Court of the current status of the cases.

| | |
|---|---|
| Dated: December 14, 2018<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>_/s/ Matthew B. Harvey_<br>Eric D. Schwartz (No. 3134)<br>Gregory W. Werkheiser (No. 3553)<br>Matthew B. Harvey (No. 5186)<br>Paige N. Topper (No. 6470)<br>1201 N. Market St., 16th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>eschwartz@mnat.com<br>gwerkheiser@mnat.com<br>mharvey@mnat.com<br>ptopper@mnat.com<br><br>- and -<br><br>Peter Ivanick<br>Lynn W. Holbert<br>John D. Beck<br>**HOGAN LOVELLS US LLP**<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>peter.ivanick@hoganlovells.com<br>lynn.holbert@hoganlovells.com<br>john.beck@hoganlovells.com<br><br>_Counsel for Debtors and Debtors in Possession_ |