# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **SCOTTISH HOLDINGS, INC.**, *et al.*, | Case No. 18-10160 (LSS) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 25, 2019 AT 2:00 P.M. (ET)

**CONTESTED MATTER GOING FORWARD**

1. Motion of HSCM Bermuda Fund Ltd. to (I) Enforce Stalking Horse Protection, (II) Direct Debtors to Pay Amounts Due to HSCM Bermuda Fund Ltd. as "Expense Reimbursement Amount" Under Stalking Horse Stock Purchase Agreement, and (III) Granting Related Relief (D.I. 649, Filed 1/4/19).

    Objection Deadline: January 18, 2019 at 4:00 p.m. (ET).

    Responses Received:

    a. Debtors' Objection to the Motion of HSCM Bermuda Fund Ltd. to (I) Enforce Stalking Horse Protection, (II) Direct Debtors to Pay Amounts Due to HSCM Bermuda Fund Ltd. as "Expense Reimbursement Amount" Under Stalking Horse Stock Purchase Agreement, and (III) Granting Related Relief (Sealed D.I. 659, Redacted D.I. 660, Filed 1/18/19);

    b. Declaration of Gregory W. Werkheiser in Support of Debtors' Objection to the Motion of HSCM Bermuda Fund Ltd. to (I) Enforce Stalking Horse Protection, (II) Direct Debtors to Pay Amounts Due to HSCM Bermuda Fund Ltd. as "Expense Reimbursement Amount" Under Stalking Horse Stock Purchase Agreement, and (III) Granting Related Relief (Sealed D.I. 661, Redacted D.I. 663, Filed 1/18/19); and

    c. Joinder of the Official Committee of Unsecured Creditors in Debtors' Objection to the Motion of HSCM Bermuda Fund Ltd. to (I) Enforce Stalking Horse Protections, (II) Direct Debtors to Pay Amounts Due to HSCM Bermuda Fund Ltd. as Expense Reimbursement Amount Under Stalking Horse Stock Purchase Agreement and (III) Granting Related Relief (D.I. 662, Filed 1/18/19).

    Related Pleadings:

---

[1] The Debtors, along with the last four digits of their federal tax identification numbers, are as follows: Scottish Holdings, Inc. (4408) and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (3285). The Debtors' mailing address for purposes of these chapter 11 cases is 14120 Ballantyne Corporate Place, Suite 300, Charlotte, NC 28277.

    a.    Reply in Support of Motion of HSCM Bermuda Fund Ltd. to (I) Enforce Stalking Horse Protections, (II) Direct Debtors to Pay Amounts Due to HSCM Bermuda Fund Ltd. as Expense Reimbursement Amount Under Stalking Horse Stock Purchase Agreement, and (III) Granting Related Relief (D.I. 666, Filed 1/22/19).

    Status:  The hearing on this matter will go forward.

2.    Motion to File Under Seal (A) the Debtors' Objection to the Motion of HSCM Bermuda Fund Ltd. to (I) Enforce Stalking Horse Protections, (II) Direct Debtors to Pay Amounts Due to HSCM Bermuda Fund Ltd. as Expense Reimbursement Amount Under Stalking Horse Stock Purchase Agreement and (III) Granting Related Relief; and (B) the Related Werkheiser Declaration (D.I. 665, Filed 1/18/19).

    Objection Deadline: At or before the hearing.

    Responses Received:  None at the time of this agenda.

    Related Pleadings: None.

    Status:  The hearing on this matter will go forward.

Dated: January 23, 2019
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

    */s/ Paige N. Topper*
Eric D. Schwartz (No. 3134)
Gregory W. Werkheiser (No. 3553)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
1201 N. Market St., 16th Floor
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@mnat.com
gwerkheiser@mnat.com
mharvey@mnat.com
ptopper@mnat.com

- and -

Peter Ivanick
Lynn W. Holbert
John D. Beck
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
peter.ivanick@hoganlovells.com
lynn.holbert@hoganlovells.com
john.beck@hoganlovells.com

*Counsel for Debtors and Debtors in Possession*