# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**SCOTTISH HOLDINGS, INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10160 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date:**<br>**February 26, 2019 at 11:30 a.m. (ET)**<br><br>**RE: D.I. 694 & 695** |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 105(d)(1), the Court will conduct a status conference in these bankruptcy cases on **Tuesday, February 26, 2019, at 11:30 a.m. (ET),** before the Honorable Laurie Selber Silverstein, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: February 25, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Gregory W. Werkheiser*<br>Eric D. Schwartz (No. 3134)<br>Gregory W. Werkheiser (No. 3553)<br>Matthew B. Harvey (No. 5186)<br>Paige N. Topper (No. 6470)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989 |

---

[1] The Debtors, along with the last four digits of their federal tax identification numbers, are as follows: Scottish Holdings, Inc. (4408) and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (3285).  The Debtors' mailing address for purposes of these chapter 11 cases is 11006 Rushmore Dr., Suite 125, Charlotte, NC 28277.

eschwartz@mnat.com
gwerkheiser@mnat.com
mharvey@mnat.com
ptopper@mnat.com

- and -

Peter Ivanick
Lynn W. Holbert
John D. Beck
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
peter.ivanick@hoganlovells.com
lynn.holbert@hoganlovells.com
john.beck@hoganlovells.com

*Counsel for Debtors and Debtors in Possession*