### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **SCOTTISH HOLDINGS, INC.**, *et al.*, | Case No. 18-10160 (LSS) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 28, 2019 AT 10:00 A.M. (ET)

> **THE HEARING DATE AND TIME HAVE CHANGED FROM FEBRUARY 26, 2019 AT 11:30 A.M. (ET) TO FEBRUARY 28, 2019 AT 10:00 A.M. (ET) AT THE DIRECTION OF THE COURT**

## ADJOURNED MATTER

1.    Debtors' Third Motion for Entry of an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 667, Filed 1/22/19).

   Objection Deadline: February 5, 2019 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings: None.

   Status:  The hearing on this matter has been adjourned to a date to be determined.  The Debtors have extended the Committee's objection deadline and are adjourning this matter with the Committee's consent.

## STATUS CONFERENCE

2.    **Debtors' *Emergency* Motion for Entry of an Order Pursuant to  11 U.S.C. §§ 105(a) and 363 (I) Approving Proposed Form of Exclusivity Letter with Hudson Structured Capital Management Ltd., (II) Authorizing the Debtors to Enter into and Perform Under Such an Exclusivity Letter, and (III) Granting Related Relief (D.I. 694, Filed 2/22/19).**

   **Objection Deadline: At or before the hearing.**

---

[1]    The Debtors, along with the last four digits of their federal tax identification numbers, are as follows: Scottish Holdings, Inc. (4408) and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (3285). The Debtors' mailing address for purposes of these chapter 11 cases is 11006 Rushmore Drive, Suite 125, Charlotte, North Carolina 28277.

[2]    **Amended items appears in bold.**

**Responses Received**: None.

**Related Pleadings**: None.

**Status**:  The Court has permitted a status conference to go forward on this matter at the hearing.  Depending on the status of the matter and the Court's disposition of the motion to shorten (Item 3 in this Amended Agenda), the Court may consider this motion at the hearing.

3.     **Debtors' Motion for Entry of an Order Shortening Notice of Debtors *Emergency* Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363 (I) Approving Proposed Form of Exclusivity Letter with Hudson Structured Capital Management Ltd., (II) Authorizing the Debtors to Enter into and Perform Under Such an Exclusivity Letter, and (III) Granting Related Relief (D.I. 695, Filed 2/22/19).**

   **Objection Deadline**: At or before the hearing.

   **Responses Received**: None.

   **Related Pleadings**: None.

   **Status**:  At the direction of the Court, a status conference will be held at the outset of this hearing.  Depending on the outcome of the status conference, the Court may consider this motion.

Dated: February 25, 2019
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

   _____*/s/ Eric D. Schwartz*_____
Eric D. Schwartz (No. 3134)
Gregory W. Werkheiser (No. 3553)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
1201 N. Market St., 16th Floor
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

Peter Ivanick
Lynn W. Holbert
John D. Beck
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Counsel for Debtors and Debtors in Possession*