**UNITED STATES BANKRUPTCY COURT**
_____ **DISTRICT OF** Delaware _____

In re __Scottish Holdings, Inc., *et al.*__          **Case No.** ___18-10160 (LSS)_____
                                                     **Reporting Period:** January 2019

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | | |
| Copies of bank statements | | No | | |
| Cash disbursements journals | See attached MOR-1a | Yes | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | Yes | | |
| Copies of IRS Form 6123 or payment receipt | | No | | |
| Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor          Date _____

_____
Signature of Joint Debtor          Date _____

*/s/ Thomas J. Keller*
_____          ___3/12/19_____
Signature of Authorized Individual*          Date

__Thomas J. Keller_____          ___Chief Financial Officer_____
Printed Name of Authorized Individual          Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR

**Scottish Re: 18-10160 (LSS)**
**Scottish Holdings, Inc.**
**Chapter 11 Quarterly Fees**
**1Q 2019**

| Payee | Description | Disbursements for Calculating Quarterly Fees |
|---|---|---|
| **January 2019 - 1Q 2019** | | - |
| **Minimum Quarterly Fee** | | **325.00** |

**Scottish Re: 18-10160 (LSS)**
**Scottish Annuity & Life Insurance  Company (Cayman) Ltd.**
**Chapter 11 Quarterly U.S. Trustee Fees**
**January 2019**

| Payee | Description | Disbursements for Calculating Quarterly |
|---|---|---:|
| **January 2019:** | | |
| The Bank of New York Mellon | Bank Fees | 1,394.08 |
| The Bank of New York Mellon | Bank Fees | 4,275.06 |
| The Bank of New York Mellon | Bank Fees | 1,307.72 |
| The Bank of New York Mellon | Bank Fees | 2,242.18 |
| Michael Vild | Director Fees - Salic | 55,000.00 |
| Michael Vild | Director Fees - SHI | 40,000.00 |
| Alvarez & Marshal | Ch 11 Prof Fees | 9,994.36 |
| Appleby (Cayman) Ltd. | Ch 11 Prof Fees | 4,003.00 |
| Pepper Hamilton LLP | Ch 11 Prof Fees | 21,766.10 |
| The Bank of New York Mellon | Bank Fees | 1,875.00 |
| The Bank of New York Mellon | Bank Fees | 2,009.02 |
| The Bank of New York Mellon | Bank Fees | 1,884.10 |
| Maples | Legal Fees | 488.75 |
| Navex Global | Professional Fees | 4,099.83 |
| Emmet, Marvin & Martin | Legal Fees | 34,115.50 |
| The Bank of New York Mellon | Ch 11 Prof Fees | 18,400.00 |
| Internal Revenue Service | Federal Excise Tax | 8.39 |
| Internal Revenue Service | Federal Excise Tax | 101,554.92 |
| Lincoln Heritage Life Insurance | Trust True Up | 366,243.00 |
| Highmark | Trust True Up | 263,007.95 |
| Lincoln National Life Insurance Company | Reinsurance Settlement | 434.89 |
| Kemper National Services | Reinsurance Settlement | 152,091.06 |
| Kemper National Services | Reinsurance Settlement | 16,283.29 |
| | | **1,102,478.20** |
| | | |
| **1% U.S. Trustee Fee - January 2019** | | **11,024.78** |

**Scottish Holdings, Inc.**
**Case Number: 18-10160 (LSS)**
**Month Operating Report (MOR-1)**
**Actual Cash Flows - January 2019**

|  | 2019<br>January Actual |
|---|---|
| **Beginning Cash** | **-** |
|  |  |
| Net Reinsurance | - |
| Investment Income | - |
| Intercompany Transfers | - |
| Operating Expenses (excl Restructuring costs) |  |
|    Normal course payables | - |
|    Interco transfer pricing | - |
| Restructuring Costs |  |
|    Professional Fees | - |
|    U.S. Trustee Fees | - |
| **Total Operating Expenses** | **-** |
|  |  |
| **Cash provided by (used in) operations** | **-** |
|  |  |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Sales | - |
| Cash/Security Transfer | - |
| Purchases | - |
| **Cash provided by (used in) investing** | **-** |
|  |  |
| Net change in cash | - |
| **Ending Cash  - SHI** | **-** |

**MOR-1a Bank Reconciliations**
**Scottish Holdings, Inc.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

| Legal Entity | Bank Name | Account Function | Account # Last 4 digits | USD Balance as of 1/31/2019 |
|---|---|---|---|---|
| Scottish Holdings Inc. | Bank of New York Mellon | Custody | 5875 | 0.26 |
| Scottish Holdings Inc. | Wells Fargo Bank | Checking | 9899 | - |

**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Case Number: 18-10160 (LSS)**
**Month Operating Report (MOR-1)**
**Actual Cash Flows - January 2019**

|  | 2019<br>January Actual |
|---|---:|
| **Beginning Cash** | **5,252,740** |
|  |  |
| Net Reinsurance | (629,686) |
| Investment Income | 11,513 |
| Intercompany Transfers | - |
| Operating Expenses (excl Restructuring costs) | - |
|    Normal course payables | (268,655) |
|    Interco transfer pricing | - |
|    Intercompany Expenses | (20,660) |
| Restructuring Costs | - |
|    Professional Fees | (35,763) |
|    U.S. Trustee Fees | - |
| **Total Operating Expenses** | **(325,078)** |
|  |  |
| **Cash provided by (used in) operations** | **(943,251)** |
|  |  |
| Bond Maturities | 39,216 |
| Bond Paydown Receipts | - |
| Sales | - |
| Cash/Security Transfer | - |
| Purchases | - |
| **Cash provided by (used in) investing** | **39,216** |
|  |  |
| Net change in cash | (904,035) |
| **Ending Cash  - Salic Liquidity** | **4,348,705** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

| Legal Entity | Bank Name | Account Function | Account # Last 4 digits | USD Balance as of 1/31/2019 | Account Name | |
|---|---|---|---|---|---|---|
| **Salic Trusts** | | | | | | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Bank of New York Mellon | Custody | 7664 **Note**: Account number 7664 and 7672 combined for reporting purposes | 785,604.36 | SALIC RCT>Highmark (CT) | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Bank of New York Mellon | Custody | 7672 **Note**: Account number 7664 and 7672 combined for reporting purposes | 105,173.01 | SALIC RCT>Highmark (NY) | 890,777.37  HM combined balances |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Bank of New York Mellon | Custody | 7671 | 13,736.20 | SALIC RCT>Investors Heritage | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Bank of New York Mellon | Custody | 7676 | 1,447,223.46 | SALIC RCT>Lincoln Heritage | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Bank of New York Mellon | Custody | 3624 | 379.80 | Scottish Annuity Mass Mutual Subact | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Bank of New York Mellon | Custody | 3629 | 8,383,409.10 | Scottish Annuity Mass Mutual Life | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Bank of New York Mellon | Custody | 3630 | 216,765.30 | Scottish Annuity CM Life Insurance | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Bank of New York Mellon | Custody | 5878 | 19,749.72 | SRD - RCT SRE 1 | |
| | | | | **10,972,040.95** | | |
| | | | | - | | |
| **Salic Liqudity** | | | | | | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Comerica | Letter of Credit | 3478 | 77,297.53 | SALIC - LC Collateral | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Institutional Cash Distributors/Union Bank | Invesments | 2334 | 1,273,104.73 | SALIC - ICD Money Market | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Bank of New York Mellon | Custody | 5876 | 40,759.31 | SALIC - Capital 1 | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Bank of New York Mellon | Custody | 5877 | 2,681,956.00 | SALIC - Stingray | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Wells Fargo Bank | Checking | 6875 | 20,165.13 | SALIC FET | |
| Scottish Annuity & Life Insurance Company (Cayman) Ltd. | Wells Fargo Bank | Checking | 4643 | 255,422.24 | SALIC OPS DISB | |
| | | | | **4,348,704.94** | | |
| | | | | | | |
| | | | | **15,320,745.89** | Total Bank Balance - 1/31/2019 | |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Salic - Highmark**
**Bank Name: Bank of New York Mellon**
**Account Function: Custody**
**Account # Last 4 digit: 7664 and 7672**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 741,930.17 |
| | |
| Net Reinsurance | (168,374.35) |
| Investment Income | 16,119.80 |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | (152,254.55) |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | 38,093.80 |
| Intercompany Transfers | 263,007.95 |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | 301,101.75 |
| | |
| Net change in cash | 148,847.20 |
| **Ending Cash   1/31/2019** | **890,777.37** |

Account number 7664 and 7672 combined for reporting purposes

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Salic RCT Investors Heritage**
**Bank Name: Bank of New York Mellon**
**Account Function: Custody**
**Account # Last 4 digit: 7671**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 4,563.66 |
| | |
| Net Reinsurance | - |
| Investment Income | 9,172.54 |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | 9,172.54 |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Intercompany Transfers | - |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | - |
| | |
| Net change in cash | 9,172.54 |
| **Ending Cash   1/31/2019** | **13,736.20** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Salic RCT Lincoln Heritage**
**Bank Name: Bank of New York Mellon**
**Account Function: Custody**
**Account # Last 4 digit: 7676**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 143,979.29 |
| | |
| Net Reinsurance | - |
| Investment Income | 121,454.71 |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | 121,454.71 |
| | |
| Sales | - |
| Bond Maturities | 790,000.00 |
| Bond Paydown Receipts | 25,546.46 |
| Intercompany Transfers | 366,243.00 |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | 1,181,789.46 |
| | |
| Net change in cash | 1,303,244.17 |
| **Ending Cash   1/31/2019** | **1,447,223.46** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Scottish Annuity Mass Mutual Subacct**
**Bank Name: Bank of New York Mellon**
**Account Function: Custody**
**Account # Last 4 digit: 3624**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 379.12 |
| | |
| Net Reinsurance | - |
| Investment Income | 0.68 |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | 0.68 |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Intercompany Transfers | - |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | - |
| | |
| Net change in cash | 0.68 |
| **Ending Cash   1/31/2019** | **379.80** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Scottish Annuity Mass Mutual Life**
**Bank Name: Bank of New York Mellon**
**Account Function: Custody**
**Account # Last 4 digit: 3629**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 8,340,278.67 |
| | |
| Net Reinsurance | - |
| Investment Income | 43,130.43 |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | 43,130.43 |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Intercompany Transfers | - |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | - |
| | |
| Net change in cash | 43,130.43 |
| **Ending Cash   1/31/2019** | **8,383,409.10** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Scottish Annuity CM Life Insurance**
**Bank Name: Bank of New York Mellon**
**Account Function: Custody**
**Account # Last 4 digit: 3630**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 216,367.94 |
| | |
| Net Reinsurance | - |
| Investment Income | 397.36 |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | 397.36 |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Intercompany Transfers | - |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | - |
| | |
| Net change in cash | 397.36 |
| **Ending Cash   1/31/2019** | **216,765.30** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**SRD-RCT 1**
**Bank Name: Bank of New York Mellon**
**Account Function: Custody**
**Account # Last 4 digit: 5878**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 19,713.53 |
| | |
| Net Reinsurance | - |
| Investment Income | 36.19 |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | 36.19 |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Intercompany Transfers | - |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | - |
| | |
| Net change in cash | 36.19 |
| **Ending Cash   1/1/2019** | **19,749.72** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Cash Activity**

| Payee | Amount | Date Paid | Check number | Invoice Number | Description |
|-------|--------|-----------|--------------|----------------|-------------|
| **January** | | | | | |
| **Highmark** | | | | | |
| Kemper National Services | 152,091.06 | 1/28/2019 | Wire | N/A | Reinsurance settlement |
| Kemper National Services | 16,283.29 | 1/28/2019 | Wire | N/A | Reinsurance settlement |
| | **168,374.35** | | | | |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Salic - LOC Collateral**
**Bank Name: Comerica**
**Account Function: Letter of Credit**
**Account # Last 4 digit: 3478**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 77,160.04 |
| | |
| Net Reinsurance | - |
| Investment Income | 137.49 |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | 137.49 |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Intercompany Transfers | - |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | - |
| | - |
| Net change in cash | 137.49 |
| **Ending Cash   1/31/2019** | **77,297.53** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Salic - ICD Money Market**
**Bank Name: Institutional Cash Distributors/ Union Bank**
**Account Function: Investment**
**Account # Last 4 digit: 2334**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 1,270,745.59 |
| | |
| Net Reinsurance | - |
| Investment Income | 2,359.14 |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | 2,359.14 |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Intercompany Transfers | - |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | - |
| | |
| Net change in cash | 2,359.14 |
| **Ending Cash   1/31/2019** | **1,273,104.73** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Salic - Capital 1**
**Bank Name: Bank of New York Mellon**
**Account Function: Custody**
**Account # Last 4 digit: 5876**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 367.22 |
| Net Reinsurance | - |
| Investment Income | 1,176.34 |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | 1,176.34 |
| Sales | - |
| Bond Maturities | 39,215.75 |
| Bond Paydown Receipts | - |
| Intercompany Transfers | - |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | 39,215.75 |
| Net change in cash | 40,392.09 |
| **Ending Cash   1/31/2019** | **40,759.31** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Salic - Stingray**
**Bank Name: Bank of New York Mellon**
**Account Function: Custody**
**Account # Last 4 digit: 5877**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 3,624,462.04 |
| | |
| Net Reinsurance | (629,685.84) |
| Investment Income | 7,839.58 |
| Intercompany Transfers | - |
| Operating Expenses | - |
| **Cash provided by (used in) operations** | (621,846.26) |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Intercompany Transfers | (320,659.78) |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | (320,659.78) |
| | |
| Net change in cash | (942,506.04) |
| **Ending Cash   1/31/2019** | **2,681,956.00** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Salic - FET**
**Bank Name: Wells Fargo Bank**
**Account Function: Checking**
**Account # Last 4 digit: 6875**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 21,728.44 |
| | |
| Net Reinsurance | - |
| Investment Income | - |
| Operating Expenses | (101,563.31) |
| **Cash provided by (used in) operations** | (101,563.31) |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Intercompany Transfers | 100,000.00 |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | 100,000.00 |
| | |
| Net change in cash | (1,563.31) |
| **Ending Cash   1/31/2019** | **20,165.13** |

**MOR-1a Bank Reconciliations**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

**Salic - Ops Disb**
**Bank Name: Wells Fargo Bank**
**Account Function: Checking**
**Account # Last 4 digit: 4643**

| | |
|---|---:|
| **Beginning Cash  1/1/2019** | 258,276.94 |
| | |
| Net Reinsurance | - |
| Investment Income | - |
| Operating Expenses | (202,854.70) |
| **Cash provided by (used in) operations** | (202,854.70) |
| | |
| Sales | - |
| Bond Maturities | - |
| Bond Paydown Receipts | - |
| Intercompany Transfers | 200,000.00 |
| Purchases | - |
| Cash/Security Transfer | - |
| **Cash provided by (used in) investing** | 200,000.00 |
| | |
| Net change in cash | (2,854.70) |
| **Ending Cash   1/31/2019** | **255,422.24** |

**SALIC Liquidity Payments and Transfers**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

| Payee | Amount | Date Paid | Check number | Invoice Number | Description | Post-Pre Petition |
|---|---|---|---|---|---|---|
| **SALIC FET # 6875** | | | | | | |
| **January** | | | | | | |
| Internal Revenue Service | 8.39 | 1/18/2019 | Wire | N/A | Federal Excise Tax | Post-Petition |
| Internal Revenue Service | 101,554.92 | 1/23/2019 | Wire | N/A | Federal Excise Tax | Post-Petition |
| | 101,563.31 | | | | | |
| | | | | | | |
| **SALIC - Stingray #5877** | | | | | | |
| **January - Reinsurance** | | | | | | |
| Lincoln Heritage Life Insurance | 366,243.00 | 1/2/2019 | Wire | N/A | Trust True Up | Post-Petition |
| Highmark | 263,007.95 | 1/2/2019 | Wire | N/A | Trust True Up | Post-Petition |
| Lincoln National Life Insurance Company | 434.89 | 1/23/2019 | Wire | N/A | December 2018 reinsurance settlement | Post-Petition |
| | 629,685.84 | | | | | |
| **January Intercompany Settlement** | | | | | | |
| Scottish Re Life (Bermuda) Limited | 20,659.78 | 1/30/2019 | Wire | N/A | SRLB Retro Agreement | Post-Petition |
| | 650,345.62 | | | | | |
| | | | | | | |
| **Salic Ops Disb # 4643** | | | | | | |
| **January** | | | | | | |
| The Bank of New York Mellon | 1,394.08 | 1/30/2019 | Wire | 111-1809456 | Bank Fees | Post-Petition |
| The Bank of New York Mellon | 4,275.06 | 1/30/2019 | Wire | 111-1809454 | Bank Fees | Post-Petition |
| The Bank of New York Mellon | 1,307.72 | 1/30/2019 | Wire | 111-18094155 | Bank Fees | Post-Petition |
| The Bank of New York Mellon | 2,242.18 | 1/30/2019 | Wire | 111-1809457 | Bank Fees | Post-Petition |
| Michael Vild | 55,000.00 | 1/25/2019 | CK | N/A | Director Fees - Salic | Post-Petition |
| Michael Vild | 40,000.00 | 1/25/2019 | CK | N/A | Director Fees - SHI | Post-Petition |
| Alvarez & Marshal | 9,994.36 | 1/3/2019 | Wire | Related Docket No. 603 | Ch 11 Prof Fees | Post-Petition |
| Appleby (Cayman) Ltd. | 4,003.00 | 1/9/2019 | Wire | Related Docket No. 638 | Ch 11 Prof Fees | Post-Petition |
| Pepper Hamilton LLP | 21,766.10 | 1/9/2019 | Wire | Related Docket No. 635 | Ch 11 Prof Fees | Post-Petition |
| The Bank of New York Mellon | 1,875.00 | 1/3/2019 | Wire | 111-1800638 | Bank Fees | Post-Petition |
| The Bank of New York Mellon | 2,009.02 | 1/3/2019 | Wire | 111-1800639 | Bank Fees | Post-Petition |
| The Bank of New York Mellon | 1,884.10 | 1/3/2019 | Wire | 111-1800640 | Bank Fees | Post-Petition |
| Maples | 488.75 | 1/3/2019 | Wire | 2260613 | Legal Fees | Post-Petition |
| Navex Global | 4,099.83 | 1/7/2019 | Wire | INV-188770 | Professional Fee | Post-Petition |
| Emmet, Marvin & Martin | 34,115.50 | 1/3/2019 | Wire | 419711 | Legal Fees | Post-Petition |
| The Bank of New York Mellon | 18,400.00 | 1/3/2019 | Wire | N/A | Bank Fees | Post-Petition |
| | 202,854.70 | | | | | |
| | | | | | | |
| | 934,103.85 | | | | | |

**MOR-1b Schedule of Professional Fees Paid**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period Ending 1/31/2019 (January 2019 Only)**

| Payee | Account | Description | Amount $ | Date Paid | Payment Month | Check number | Invoice Number | Type | Post-Pre Petition |
|-------|---------|-------------|----------|-----------|---------------|--------------|----------------|------|-------------------|
| Alvarez & Marshal | Salic Ops Disb # 4643 | Ch 11 Prof Fees | 9,994.36 | 1/3/2019 | January | Wire | Related Docket No. 603 | Ch 11 Prof Fees | Post-Petition |
| Appleby (Cayman) Ltd. | Salic Ops Disb # 4643 | Ch 11 Prof Fees | 4,003.00 | 1/9/2019 | January | Wire | Related Docket No. 638 | Ch 11 Prof Fees | Post-Petition |
| Pepper Hamilton LLP | Salic Ops Disb # 4643 | Ch 11 Prof Fees | 21,766.10 | 1/9/2019 | January | Wire | Related Docket No. 635 | Ch 11 Prof Fees | Post-Petition |
| Maples | Salic Ops Disb # 4643 | Ch 11 Prof Fees | 488.75 | 1/3/2019 | January | Wire | 2260613 | Legal Fees | Post-Petition |
| Emmet, Marvin & Martin | Salic Ops Disb # 4643 | Ch 11 Prof Fees | 34,115.50 | 1/3/2019 | January | Wire | 419711 | Legal Fees | Post-Petition |
| | | | 70,367.71 | | | | | | |

**Scottish Holdings, Inc.**
**Case Number: 18-10160**
**Monthly Operating Report (MOR)**
**Form MOR-2: Statement of Operations (Income Statement)**
**January 2019 Month and Year to Date (YTD)**
**($mm)**

|                                   | Month January '19 | YTD January '19 |
|-----------------------------------|------------------:|----------------:|
| Premiums Earned                   | $0.0              | $0.0            |
| Investment Income, Net            | 0.0               | 0.0             |
| Realized/Unrealized Gains, Net    | 0.0               | 0.0             |
| Other Income                      | 0.0               | 0.0             |
| **Total Revenues**                | **$0.0**          | **$0.0**        |
|                                   |                   |                 |
| Total Claims and Benefits         | 0.0               | 0.0             |
| Total Change in Reserves          | 0.0               | 0.0             |
| Interest Credited                 | 0.0               | 0.0             |
| Total Commissions                 | 0.0               | 0.0             |
| DAC and PVIF                      | 0.0               | 0.0             |
| Other Insurance Expenses          | 0.0               | 0.0             |
| Operating Expenses                | 0.0               | 0.0             |
| Interest Expense                  | 0.0               | 0.0             |
| Bad Debt Expense                  | 0.0               | 0.0             |
| **Total Benefits and Expenses**   | **$0.0**          | **$0.0**        |
|                                   |                   |                 |
| **Income Before Taxes**           | **($0.0)**        | **($0.0)**      |
| Income Taxes                      | 0.0               | 0.0             |
|                                   |                   |                 |
| **Net Income**                    | **($0.0)**        | **($0.0)**      |
|                                   |                   |                 |
| Unrealized Gains (Losses) - AFS   | 0.0               | 0.0             |
| **Total Comprehensive Income**    | **($0.0)**        | **($0.0)**      |
|                                   |                   |                 |
| Net Reinsurance Cash Flows        | -                 | -               |

**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Case Number: 18-10160**
**Monthly Operating Report (MOR)**
**Form MOR-2: Statement of Operations (Income Statement)**
**January 2019 Month and Year to Date (YTD)**
**($mm)**

|  | Month<br>January '19 | YTD<br>January '19 |
|---|---|---|
| Premiums Earned | $6.4 | $6.4 |
| Investment Income, Net | 10.3 | 10.3 |
| Realized/Unrealized Gains, Net | (0.6) | (0.6) |
| Other Income | 0.0 | 0.0 |
| **Total Revenues** | **$16.1** | **$16.1** |
| Total Claims and Benefits | 16.0 | 16.0 |
| Total Change in Reserves | 0.0 | 0.0 |
| Interest Credited | 0.7 | 0.7 |
| Total Commissions | 0.4 | 0.4 |
| DAC and PVIF | 0.4 | 0.4 |
| Other Insurance Expenses | 0.0 | 0.0 |
| Operating Expenses | 0.2 | 0.2 |
| Interest Expense | 0.0 | 0.0 |
| Bad Debt Expense | 0.2 | 0.2 |
| **Total Benefits and Expenses** | **$17.9** | **$17.9** |
| **Income Before Taxes** | **($1.8)** | **($1.8)** |
| Income Taxes | 0.0 | 0.0 |
| **Net Income** | **($1.8)** | **($1.8)** |
|  |  |  |
| Unrealized Gains (Losses) - AFS | 0.2 | 0.2 |
| **Total Comprehensive Income** | **($1.6)** | **($1.6)** |
|  |  |  |
| Net Reinsurance Cash Flows | (10.1) | (10.1) |

**Scottish Holdings, Inc.**
**Case Number: 18-10160**
**Monthly Operating Report (MOR)**
**Form MOR-3: Balance Sheet**
**January 31, 2019**
**($mm)**

|  | Actual Jan '19 |
|---|---|
| Funds Withheld at Interest | 0.0 |
| Net ModCo Investments | 0.0 |
| All Other Investments | 0.0 |
| Total Investments | $0.0 |
| Accrued Interest | 0.0 |
| Reinsurance Receivables | 0.0 |
| SRGL Revolver | 0.0 |
| Due from Related Parties | (0.5) |
| Deferred Acquisition Costs | 0.0 |
| Amounts Recoverable from Reinsurers | 0.0 |
| Investment in Subsidiaries | 1,304.1 |
| Other Assets | 0.0 |
| **Total Assets** | **$1,303.6** |
| Reserve for Future Policy Benefits | 0.0 |
| Interest Sensitive Contract Liabilities | 0.0 |
| Accounts Payable and Accrued Expenses | 6.2 |
| Reinsurance Payables | 0.0 |
| Funds Withheld from Reinsurer | 0.0 |
| Due to Related Parties | 0.0 |
| Deferred Collateral Facility Liability | 0.0 |
| Deferred Collateral Facility Liability - SRGL | 0.0 |
| Embedded Derivative Liability | 0.0 |
| Long Term Debt - External Parties | 0.0 |
| Long Term Debt - SRGL | 0.0 |
| Other Liabilities | (0.0) |
| **Total Liabilities** | **$6.2** |
| **Total Equity** | **1,297.4** |
| **Total Liabilities & Equity** | **$1,303.6** |

**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Case Number: 18-10160**
**Monthly Operating Report (MOR)**
**Form MOR-3: Balance Sheet**
**January 31, 2019**
**($mm)**

|  | Actual January '19 |
|---|---|
| Funds Withheld at Interest | $168.1 |
| Net ModCo Investments | 470.3 |
| All Other Investments | 55.2 |
| Total Investments | $693.7 |
| Accrued Interest | 0.3 |
| Reinsurance Receivables | (4.9) |
| SRGL Revolver | (0.0) |
| Due from Related Parties | (0.5) |
| Deferred Acquisition Costs | 14.7 |
| Amounts Recoverable from Reinsurers | 0.0 |
| Investment in Subsidiaries | 1,797.9 |
| Other Assets | 0.1 |
| **Total Assets** | **$2,501.4** |
| Reserve for Future Policy Benefits | 266.2 |
| Interest Sensitive Contract Liabilities | 326.6 |
| Accounts Payable and Accrued Expenses | 0.6 |
| Reinsurance Payables | 9.5 |
| Funds Withheld from Reinsurer | 0.0 |
| Due to Related Parties | 0.0 |
| Deferred Collateral Facility Liability | 0.0 |
| Deferred Collateral Facility Liability - SRGL | 0.0 |
| Embedded Derivative Liability | 7.8 |
| Long Term Debt - External Parties | 0.0 |
| Long Term Debt - SRGL | 0.0 |
| Other Liabilities | 0.0 |
| **Total Liabilities** | **$610.7** |
| **Total Equity** | **1,890.7** |
| **Total Liabilities & Equity** | **$2,501.4** |

In re  Scottish Holdings, Inc., *et al.*

    Debtor

Case No.    18-10160 (LSS)

Reporting Period: January 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:   Federal Excise Tax | $8.39 | $0 | $101,563.31 | Multiple | N/A | $0 |
|    Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|    Total State and Local | | | | | | |
| **Total Taxes** | None in reporting period | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | See attached | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4

**MOR-4 Summary of Unpaid Post Petition Debts**
**Scottish Annuity & Life Insurance Company (Cayman) Ltd.**
**Scottish Re: 18-10160 (LSS)**
**Reporting Period ending 1/31/2019**

| Payee | Description | Invoice Date | Amount $ | Service Period | Invoice Number | Comments | Type |
|---|---|---|---|---|---|---|---|
| Digicel | Telecommunications | 12/17/2018 | 1,206.00 | December | 004643954 | Monthly Fee | Normal course |
| U.S. Trustee | Trustee Fees | N/A | 31,760.89 | 4Q 2018 | N/A | Quarterly Fee | Trustee Fee |
| U.S. Trustee | Trustee Fees | N/A | 325.00 | 4Q 2018 | N/A | Quarterly Fee | Trustee Fee |
| Alvarez & Marshal | Ch 11 Prof Fees | 11/14/2018 | 17,886.32 | December | D.I. 656 | Monthly Fee | Ch 11 Prof Fees |
| Marsh Management Svcs | Professional Fees | 11/14/2018 | 6,687.50 | 1Q2019 | 581916584133 | Monthly Fee | Normal course |
| Appleby (Cayman) Ltd. | Ch 11 Prof Fees | 11/14/2018 | 3,357.00 | December | D.I. 658 | Monthly Fee | Ch 11 Prof Fees |
| Pepper Hamilton LLP | Ch 11 Prof Fees | 9/14/2018 | 18,715.91 | December | D.I. 664 | Monthly Fee | Ch 11 Prof Fees |
| Mayer Brown | Ch 11 Prof Fees | 9/6/2018 | 28,392.84 | December | N/A | Monthly Fee | Ch 11 Prof Fees |
| Morris Nichols | Ch 11 Prof Fees | 11/5/2018 | 113,145.05 | December | N/A | Monthly Fee | Ch 11 Prof Fees |
| Hogan Lovells US LLP | Ch 11 Prof Fees | 12/11/2018 | 32,413.42 | December | N/A | Monthly Fee | Ch 11 Prof Fees |
| Mayer Brown | Ch 11 Prof Fees | 12/11/2018 | 13,609.52 | November | N/A | Monthly Fee | Ch 11 Prof Fees |
| Morris Nichols | Ch 11 Prof Fees | 12/10/2018 | 90,622.44 | November | N/A | Monthly Fee | Ch 11 Prof Fees |
| Hogan Lovells US LLP | Ch 11 Prof Fees | 12/10/2018 | 27,320.88 | November | N/A | Monthly Fee | Ch 11 Prof Fees |

In re Scottish Holdings, Inc., *et al.*

Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | N/A | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | N/A | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

Explanation for Question No.2: Funds were disbursed from reinsurance trust accounts that are not property of the estate.

FORM MOR-5